In the Matter of the Application of THE BROOKLYN TEACHERS' ASSOCIATION et al., Respondents, for a Peremptory Writ of Mandamus against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Appellants.

*Matter of Brooklyn Teachers' Association,* 85 App. Div. 47, affirmed.
(Argued October 7, 1903; decided October 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 22, 1903, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendants to place the names of certain persons upon the special list of persons eligible for promotion in the public schools of the city of New York and granted such writ.

*George L. Rives, Corporation Counsel (James McKeen* and *Walter S. Brewster* of counsel), for appellants.

*Ira Leo Bamberger* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.